1  ROBERT J. ROMERO (SBN: 136539)
   HINSHAW & CULBERTSON LLP
2  One California Street, 18th Floor
   San Francisco, CA 94111
3  Telephone:    415-362-6000
   Facsimile:    415-834-9070
4  e-mail:  rromero@hinshawlaw.com

5  RAY TAMADDON (SBN: 144494)
   HINSHAW & CULBERTSON LLP
6  11601 Wilshire Boulevard, Suite 800
   Los Angeles, CA  90025
7  Telephone:    (310) 909-8000
   Facsimile:    (310) 909-8001
8  e-mail:  rtamaddon@hinshawlaw.com

9  Attorneys for Plaintiff
   ARGONAUT-MIDWEST INS. CO.

10

11              **UNITED STATES DISTRICT COURT**

12          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14  ARGONAUT-MIDWEST INS. CO., a Texas )   **Case No.:      2:14-cv-01012-WBS-CKD**
    corporation,                                              )
15                                                            )
                     Plaintiff,                               )   **ORDER RE PLAINTIFF COLONY**
16       vs.                                                  )   **INSURANCE COMPANY'S REQUEST TO**
                                                              )   **EXTEND THE DEADLINE FOR SERVING**
17  HOBLIT MOTORS, INC. DBA HOBLIT     )   **ITS COMPLAINT AND CONTINUANCE OF**
    ENTERPRISES, INC. DBA COLUSA AUTO )   **THE SCHEDULING CONFERENCE AND**
18  MART, INC. DBA HOBLIT INVESTMENT   )   **THE DEADLINE FOR FILING THE JOINT**
    PARTNERS; HOBLIT DODGE CHRYSLER )   **STATUS REPORT**
19  JEEP; AMBER KESTERSON, individually and )
    as guardian ad litem for ANDY KESTERSON, )
20  GARTH KESTERSON and JEWEL            )
    KESTERSON; TONY KESTERSON; STEVEN )
21  KESTERSON; and DOES 1-10, inclusive,    )
                                                              )
22                   Defendants.                         )
    _____)

23

24        Plaintiff Argonaut Midwest Insurance Company ("Argonaut") requested on October 1, 2014

25  that its deadline to serve or dismiss its complaint be extended to November 18, 2014 and that the

26  Scheduling Conference and the deadline for filing a Joint Status Report be continued.  Argonaut's

27  request is based on the parties' past and current efforts to achieve a global resolution in the

28
                                              1
    ORDER TO EXTEND DEADLINE TO SERVE COMPLAINT AND CONTINUE SCHEDULING CONFERENCE
                    AND DEADLINE TO FILE JOINT STATUS REPORT
                                                                                  31560265v1 2612

Underlying Action that is the subject of the instant declaratory relief action.  Having considered the request, IT IS HEREBY ORDERED THAT Argonaut has until <u>November 18, 2014</u> to either serve or dismiss its complaint.  The Scheduling Conference shall be held on <u>January 20, 2015 at 2:00 PM</u> before Judge William B. Shubb.  The parties shall file a joint status report by <u>January 5, 2014</u>.

**Dated:  October 2, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND DEADLINE TO SERVE COMPLAINT AND CONTINUE SCHEDULING CONFERENCE
AND DEADLINE TO FILE JOINT STATUS REPORT

31560265v1 2612