WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
GEORGE A. GUTHRIE (SBN 201263)
gguthrie@wilkefleury.com
DANIEL J. FOSTER (SBN 238012)
dfoster@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for HOBLIT MOTORS, INC. dba COLUSA COUNTY AUTO MART (erroneously sued and served as HOBLIT MOTORS, INC. DBA COLUSA AUTO MART, INC.); HOBLIT ENTERPRISES, INC. (erroneously sued and served as a dba of HOBLIT MOTORS, INC.); HOBLIT INVESTMENT PARTNERS (erroneously sued and served as a dba of HOBLIT MOTORS, INC.); and HOBLIT CHRYSLER JEEP DODGE (erroneously sued and served as HOBLIT DODGE CHRYSLER JEEP)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ARGONAUT-MIDWEST INS. CO., a Texas corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>HOBLIT MOTORS, INC. DBA HOBLIT ENTERPRISES, INC. DBA COLUSA AUTO MART, INC. DBA HOBLIT INVESTMENT PARTNERS; HOBLIT DODGE CHRYSLER JEEP; AMBER KESTERSON, individually and as guardian ad litem for AK, GK and JK; TONY KESTERSON; STEVEN KESTERSON; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:14-cv-01012-WBS-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE UNTIL JUNE 1, 2015** |

## STIPULATION

A.   On November 26, 2012, AMBER KESTERSON, individually and as guardian ad litem for AK, GK and JK; TONY KESTERSON; and STEVEN KESTERSON filed a lawsuit against

numerous Defendants including HOBLIT MOTORS; HOBLIT ENTERPRISES, INC.; and HOBLIT INVESTMENT PARTNERS; in the Colusa County Superior Court, Case Number CV 23933 (the "Underlying Action").

B. On April 24, 2014, Plaintiff ARGONAUT-MIDWEST INS. CO. ("ARGONAUT") filed a Complaint for Declaratory Relief in this Court seeking declarations (1) that none of the Defendants is, or at any time was, entitled to a defense under an ARGONAUT policy of insurance; (2) that none of the Defendants is, or at any time was, entitled to indemnity under an ARGONAUT policy of insurance; and (3) for reimbursement of all defense costs and fees incurred by ARGONAUT in connection with the Underlying Action.

C. The Underlying Action is currently being litigated in the Colusa County Superior Court with a trial scheduled to commence on April 14, 2015.

D. The Parties to the instant action believe that a stay of this coverage action is appropriate pending resolution of the Underlying Action based upon, among other things, what the Parties believe to be an overlap in factual issues in the Underlying Action and this coverage action.

THEREFORE, IT IS HEREBY STIPULATED by ARGONAUT-MIDWEST INS. CO.; HOBLIT MOTORS, INC. dba COLUSA COUNTY AUTO MART (erroneously sued and served as HOBLIT MOTORS, INC. DBA COLUSA AUTO MART, INC.); HOBLIT ENTERPRISES, INC. (erroneously sued and served as a dba of HOBLIT MOTORS, INC.); HOBLIT INVESTMENT PARTNERS (erroneously sued and served as a dba of HOBLIT MOTORS, INC.); and HOBLIT CHRYSLER JEEP DODGE (erroneously sued and served as HOBLIT DODGE CHRYSLER JEEP); AMBER KESTERSON, individually and as guardian ad litem for AK, GK and JK; TONY KESTERSON; and STEVEN KESTERSON, as follows:

1. All claims and proceedings in this coverage action, including initial disclosures, should be stayed until June 1, 2015, starting on February 2, 2015.

2. This Stipulation is made without prejudice to either party's rights, including the right to move the Court for an additional stay of this action.

3. By entering into this Stipulation, none of the Parties waive any defenses, rights, or privileges.

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1201180.1

-2-

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE UNTIL JUNE 1, 2015

**IT IS SO STIPULATED.**

DATED:  February 2, 2015        WILKE, FLEURY, HOFFELT,
                                GOULD & BIRNEY, LLP


                                By:      /s/
                                      DANIEL J. FOSTER
                                Attorneys for HOBLIT MOTORS, INC. dba
                                COLUSA COUNTY AUTO MART (erroneously
                                sued and served as HOBLIT MOTORS, INC.
                                DBA COLUSA AUTO MART, INC.);  HOBLIT
                                ENTERPRISES, INC. (erroneously sued and
                                served as a dba of HOBLIT MOTORS, INC.);
                                HOBLIT INVESTMENT PARTNERS
                                (erroneously sued and served as a dba of HOBLIT
                                MOTORS, INC.); and HOBLIT CHRYSLER
                                JEEP DODGE (erroneously sued and served as
                                HOBLIT DODGE CHRYSLER JEEP)

DATED:  February ___, 2015      LAW OFFICE OF MICHAEL J. TREZZA


                                By:      /s/
                                      MICHAEL J. TREZZA
                                Attorneys for THE KESTERSONS

DATED:  February ___, 2015      HINSHAW & CULBERTSON LLP


                                By:      /s/
                                      RAY TAMADDON
                                Attorneys for ARGONAUT-MIDWEST INS. CO.

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1201180.1
-3-
JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE UNTIL JUNE 1, 2015

# ORDER

Pursuant to the stipulation of the Parties:

1. This action and all proceedings and claims thereto, including initial disclosures, are hereby stayed until June 1, 2015, starting February 2, 2015.

2. All applicable time periods and deadlines from the date of the start of the stay to the time when the stay is lifted are hereby vacated.

**IT IS SO ORDERED.**

Dated:  February 9, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE