1 | ROBERT J. ROMERO (SBN: 136539)
  | HINSHAW & CULBERTSON LLP
2 | One California Street, 18th Floor
  | San Francisco, CA 94111
3 | Telephone:     415-362-6000
  | Facsimile:     415-834-9070
4 | e-mail:  rromero@hinshawlaw.com

5 | RAY TAMADDON (SBN: 144494)
  | HINSHAW & CULBERTSON LLP
6 | 11601 Wilshire Boulevard, Suite 800
  | Los Angeles, CA  90025
7 | Telephone:     (310) 909-8000
  | Facsimile:     (310) 909-8001
8 | e-mail:  rtamaddon@hinshawlaw.com

9 | Attorneys for Plaintiff
  | ARGONAUT-MIDWEST INS. CO.
10

11 | **UNITED STATES DISTRICT COURT**

12 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14 | ARGONAUT-MIDWEST INS. CO., a Texas corporation,   )   **Case No.:**     2:14-cv-01012-WBS-CKD
15 |                                                   )
16 |            Plaintiff,                             )   **STIPULATION RE DISMISSAL OF THE ACTION; [PROPOSED] ORDER**
   |       vs.                                        )
17 | HOBLIT MOTORS, INC. DBA HOBLIT                    )
   | ENTERPRISES, INC. DBA COLUSA AUTO                 )
18 | MART, INC. DBA HOBLIT INVESTMENT                  )
   | PARTNERS; HOBLIT DODGE CHRYSLER                   )
19 | JEEP; AMBER KESTERSON, individually and           )
   | as guardian ad litem for ANDY KESTERSON,          )
20 | GARTH KESTERSON and JEWEL                         )
   | KESTERSON; TONY KESTERSON; STEVEN                 )
21 | KESTERSON; and DOES 1-10, inclusive,              )
22 |            Defendants.                            )

23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1
STIPULATION RE DISMISSAL OF THE ACTION; PROPOSED ORDER

All of the parties hereto, ARGONAUT-MIDWEST INS. CO.; HOBLIT MOTORS, INC. dba COLUSA COUNTY AUTO MART (erroneously sued and served as HOBLIT MOTORS, INC. DBA COLUSA AUTO MART, INC.);  HOBLIT ENTERPRISES, INC. (erroneously sued and served as a dba of HOBLIT MOTORS, INC.); HOBLIT INVESTMENT PARTNERS (erroneously sued and served as a dba of HOBLIT MOTORS, INC.); and HOBLIT CHRYSLER JEEP DODGE (erroneously sued and served as HOBLIT DODGE CHRYSLER JEEP); AMBER KESTERSON, individually and as guardian ad litem for AK, GK and JK; TONY KESTERSON; and STEVEN KESTERSON, (collectively, "PARTIES") hereby stipulate as follows:

A.  Whereas, on November 26, 2012, AMBER KESTERSON, individually and as guardian ad litem for AK, GK and JK; TONY KESTERSON; and STEVEN KESTERSON filed a lawsuit against numerous defendants including HOBLIT MOTORS; HOBLIT ENTERPRISES, INC.; and HOBLIT INVESTMENT PARTNERS; in the Colusa County Superior Court, Case Number CV 23933 (the "Underlying Action").

B.  Whereas, on April 24, 2014, Plaintiff ARGONAUT-MIDWEST INS. CO. ("ARGONAUT") filed a Complaint for Declaratory Relief in this Court seeking declarations (1) that none of the defendants is, or at any time was, entitled to a defense under an ARGONAUT policy of insurance; (2) that none of the defendants is, or at any time was, entitled to indemnity under an ARGONAUT policy of insurance; and (3) for reimbursement of all defense costs and fees incurred by ARGONAUT in connection with the Underlying Action.

C.  Whereas, the Underlying Action has been fully settled.

D.  Whereas, the PARTIES hereto have resolved their disputes through the settlement of the Underlying Action.

///
///
///
///

NOW THEREFORE, THE PARTIES HERETO STIPULATE AS FOLLOWS:

1. This action be dismissed with prejudice and the November 9, 2015 status conference be vacated.

2. Each of the Parties shall pay its own costs and fees

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: October 5, 2015

HINSHAW & CULBERTSON LLP

By: */s/ Ray Tamaddon*
Ray Tamaddon
Attorneys for Plaintiff
ARGONAUT-MIDWEST INS. CO.

DATED:  October 5, 2015      WILKE, FLEURY, HOFFELT, GOULD & IRNEY, LLP

By: */s/ George Guthrie (as authorized on 10/05/15)*
GEORGE GUTHRIE
Attorneys for HOBLIT MOTORS, INC. dba COLUSA COUNTY AUTO MART (erroneously sued and served as HOBLIT MOTORS, INC. DBA COLUSA AUTO MART, INC.);  HOBLIT ENTERPRISES, INC. (erroneously sued and served as a dba of HOBLIT MOTORS, INC.); HOBLIT INVESTMENT PARTNERS (erroneously sued and served as a dba of HOBLIT MOTORS, INC.); and HOBLIT CHRYSLER JEEP DODGE (erroneously sued and served as HOBLIT DODGE CHRYSLER JEEP)

DATED:  October 5, 2015      LAW OFFICE OF MICHAEL J. TREZZA

By: */s/ Michael J. Trezza (as authorized on 10/05/15)*
MICHAEL J. TREZZA
Attorneys for THE KESTERSONS

**ORDER**

Pursuant to the stipulation of the Parties:

1. This action is hereby **DISMISSED** with prejudice.

2. All applicable time periods, including the November 9, 2015 status conference, are hereby vacated.

**IT IS SO ORDERED.**

**Dated:  October 6, 2015**

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE